1  Eric K. Larson (State Bar No. 142791)
   James Griffioen (State Bar No. 223779)
2  NIXON PEABODY LLP
   Two Embarcadero Center, Suite 2700
3  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
4  Facsimile: (415) 984-8300

5
   Attorneys for Plaintiff and Counterdefendant
6  LEONARD A. ROBBINS, ON BEHALF OF
   PRIVATE INVESTORS EQUITY GROUP

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LEONARD A. ROBBINS, ON BEHALF OF PRIVATE INVESTORS EQUITY GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>MULTIBAND CORP., f/k/a VICOM, INCORPORATED,<br><br>Defendant. | Case No. C-04-03106 WHA<br><br>**STIPULATION RE DEPOSITION OF DEFENDANT'S DESIGNATED EXPERT JOHN H. CHUNG** |

AND RELATED COUNTERCLAIMS

1. On May 17, 2005 defendant designated John H. Chung as an expert witness.

2. Plaintiff disputes the timeliness of the designation for the reasons set forth in James Griffioen's May 20, 2005 letter to the Court. The Court ruled that the issue is one for resolution on motion *in limine*.

3. The cut-off date for completion of expert testimony is June 3, 2005. From May 23, 2005 through June 1, 2005, James Griffioen, plaintiff's counsel with primary responsibility for and knowledge of this matter, is on paternity leave.

4. Before departing on paternity leave, Mr. Griffioen noticed the deposition of Mr. Chung for June 3, 2005.

5. Mr. Chung is involved in an arbitration out-of-state on that date and is unavailable for deposition. He is available for deposition the week of June 13, 2005.

6. The parties stipulate to and jointly request an extension of the expert discovery cut-off to and including June 17, 2005 for the sole purpose of completing the deposition of Mr. Chung. This will have no impact on any other dates set by the Court.

SO STIPULATED:

Dated: June ___, 2005

NIXON PEABODY LLP

By: _____
Eric K. Larson
Attorneys for Plaintiff and Counterdefendant
LEONARD A. ROBBINS, ON BEHALF OF
PRIVATE INVESTORS EQUITY GROUP

Dated: June ___, 2005

SULLWOLD & HUGHES

By: _____
James A. Hughes
Attorneys for Defendants
MULTIBAND CORP., f/k/a VICOM,
INCORPORATED

Good cause appearing, it is so ordered:

Dated: __June 7__, 2005

IT IS SO ORDERED
Judge William Alsup

_____
William H. Alsup
U.S. District Judge

STIPULATION RE DEPOSITION OF DEFENDANT'S
DESIGNATED EXPERT JOHN CHUNG
(CASE NO: 3-04-CV-03106.)

- 2 -

S487412.1