IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD A. ROBBINS, on behalf of<br>PRIVATE INVESTORS EQUITY GROUP,<br><br>    Plaintiff,<br><br>  v.<br><br>MULTIBAND.CORP., f/k/a VICOM,<br>INCORPORATED,<br><br>    Defendant.<br>_____/ | No. C 04-03106 WHA<br><br>**ORDER APPROVING<br>STIPULATED DISMISSAL** |

The stipulated dismissal of all claims and counterclaims with prejudice is **APPROVED**. The Clerk of the court **SHALL CLOSE THE FILE**.

Dated: July 15, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE